

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00362-CV

**CITY OF WINDCREST**, and City of Windcrest Board of Adjustment,
Appellants

v.

Chad **MOWELL**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CI19418
Honorable Marisa Flores, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We REMAND this case to the trial court for further proceedings. Because the motion does not indicate that the parties agreed otherwise, the costs of appeal are taxed against the appellants. *See* TEX. R. APP. P. 42.1(d).

SIGNED September 10, 2025.

_____
Lori I. Valenzuela, Justice